# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 22, 2024

## NO. 03-24-00517-CV

**RAP Villas De Sol LLC, Appellant**

**v.**

**Wendy Dixil Quintero, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on July 11, 2024. Having reviewed the record, the Court holds that appellant has not prosecuted its appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.